EDGAR J. STACHELBERG, as Executor of CHARLES G. STACHEL-
BERG, Deceased, Respondent, *v.* LINDA STACHELBERG, Indi-
vidually and as Executrix of CHARLES G. STACHELBERG,
Deceased, Appellant, and CHARLES G. STACHELBERG,
Respondent, Impleaded with Another.

*Stachelberg* v. *Stachelberg,* 124 App. Div. 232, affirmed.
(Argued May 21, 1908; decided June 9, 1908.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered February 26, 1908, which reversed a judgment
of Special Term construing the will of Charles G. Stachel-
berg, deceased, so as to hold that his posthumous child was
specially mentioned in and thereby excluded from any
participation in the estate of the deceased.

The following questions were certified:

"*First.* Is the infant defendant, Charles G. Stachelberg,
on the facts shown by the record, entitled to the same portion
of the real and personal estate of Charles G. Stachelberg,
deceased, as would have descended or have been distributed
to such infant defendant if the said Charles G. Stachelberg,
deceased, had died intestate?

"*Second.* Is said infant defendant entitled to recover the
same portion from the devisees and legatees in proportion to
and out of the parts devised and bequeathed by the last will
and testament of Charles G. Stachelberg, deceased?"

*Charles E. Rushmore* for appellant.

*Louis Marshall* and *Harold Nathan* for plaintiff,
respondent.

*Edwin Blumenstiel* for defendant, respondent.

Judgment affirmed, with costs payable out of the estate;
questions certified answered in the affirmative, on opinion
below.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.